UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6882

CHARLES EDWARD COFFEY,

Petitioner - Appellant,

versus

PATRICIA R. STANSBERRY, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise M. Flanagan, Chief
District Judge.  (5:06-hc-02047-FL)

Submitted: September 26, 2006        Decided: October 2, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Edward Coffey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Edward Coffey, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coffey v. Stansberry, No. 5:06-hc-02047-FL (E.D.N.C. Apr. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED